**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-1711**

_____

JACKIE MCCANN,

                        Plaintiff - Appellant,

    versus

FAIRFAX COUNTY GOVERNMENT,

                        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-97-1514-A)

_____

Submitted:  November 5, 1998      Decided:  November 18, 1998

_____

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jackie McCann, Appellant Pro Se.  Cynthia Lee Tianti, COUNTY ATTORNEY'S OFFICE, Fairfax, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jackie McCann appeals the district court's order granting Defendant's motion for summary judgment on her complaint alleging employment discrimination and retaliation. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. McCann v. Fairfax County Gov't, No. CA-97-1514-A (E.D. Va. Apr. 13, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2